IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CAROL F. W.,                       )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    1:24CV138
                                   )
LELAND DUDEK,¹                     )
Acting Commissioner of             )
Social Security                    )
                                   )
                                   )
          Defendant.               )
```

## ORDER

On February 24, 2025, the Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). (Doc. 10.) Plaintiff objected to the Recommendation. (Doc. 12.) Defendant filed a response to Plaintiff's objections. (Doc. 13.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the

---

¹On February 19, 2025, Leland Dudek was appointed as Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Dudek should be substituted as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g).

substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Dispositive Brief (Doc. 7) is DENIED, that Defendant's Dispositive Brief (Doc. 8) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

/s/   Thomas D. Schroeder
United States District Judge

March 31, 2025